UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:10-cr-20452-UU-1

UNITED STATES OF AMERICA,
Plaintiff,

v.

JOAQUIN GONZALEZ,
Defendant.

_____

**NOTICE REGARDING TEMPORARY APPEARANCE OF COUNSEL**

Richard Stern, Esq., hereby files this notice of temporary appearance as counsel on behalf of Defendant Joaquin Gonzalez.

The appearance is for representation through arraignment only and does not include representation for subsequent hearings at this time.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 25th, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and that the document is being served this day via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,
/s/ Richard A. Stern, Esq.

Richard A. Stern
Florida Bar: 670081
Attorney for
Law Office of Richard A. Stern, P.A.
9900 SW 107th Ave.
Suite 101
Miami, FL 33176
Tel. (305) 274 - 5777
Fax: (305) 675 - 3277