AO 442 (Rev. 01/09) Arrest Warrant                                                         DEA 1919758

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) Case No. 10-20452 CR-UNGARO |
| JOAQUIN GONZALEZ, | ) MAGISTRATE JUDGE SIMONTON |
| Defendant. | ) |

FILED by WKS D.C.
AUG 3 - 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JOAQUIN GONZALEZ                                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

conspiracy to possess with intent to distribute marihuana, and possesion with intent to distribute marihuana, in violation Title 21, United States Code, Sections 846 and 841(a)(1).

Date: 06/17/2010

_____
*Issuing officer's signature*

City and state:   Miami, Florida

Steven M. Larimore, Clerk of Court / Court Administrator
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 6/3/2010, and the person was arrested on *(date)* 6/23/2010 at *(city and state)* Defendant was arrested by DEA in Miami, Florida |
| Date: 6/23/2010                         SDUSM Joe Godsk _____ *Arresting officer's signature* |
| Neil DeSousa, Acting United States Marshal *Printed name and title* |

