UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE 10-20452-CR-UNGARO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                           ORDER CONTINUING TRIAL DATE

JOAQUIN GONZALEZ,

        Defendant.
_____/

THIS CAUSE came before the Court for Calendar Call on July 28, 2010 and based on the interest of justice and the representations made by counsel, it is

ORDERED AND ADJUDGED that the case is hereby continued to the trial calendar **AUGUST 16, 2010 at 9:00 AM.** The Court further finds that the period of delay resulting from this continuance, to-wit: (the date of the Cal. Call) **to and including the date trial is commenced**, shall be deemed excludable time in accordance with the provisions of the Speedy Trial Act, 18 U.S.C., § 3161 etseq. Calendar Call will be held on **Wednesday, AUGUST 11, 2010 at 1:00 PM.** All exhibits must be pre-marked and exhibit list shall be furnished to the Court on the date of trial.

All motions filed shall be accompanied by a written statement certifying that counsel for the moving party has conferred with opposing counsel in a good faith effort to resolve by agreement the subject matter of the motion.   <u>A motion cutoff is set for AUGUST 11, 2010.</u>

If either side intends to seek the admission of tapes and

transcripts at trial, final revisions to the transcripts must be completed and provided to the opposing party not later than 15 days prior to jury selection in this case. The Court will not admit transcripts which have been revised subsequent to this deadline.

　　　　DONE AND ORDERED at Miami, Florida this ___6___ day of August, 2010.


　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　URSULA UNGARO
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE


cc:   Counsel of record