IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

THE UNITED STATES OF AMERICA,
                Plaintiff

vs.
                              Case No: 10-20452-CR-UNGARO

JOAQUIN GONZALEZ
                Defendant.

### *ORDER*

THIS CAUSE having come to be heard on the Defendant's Motion to Discharge and Return the Cash Bond, it is

CONSIDERED, ORDERED AND ADJUDGED that the Motion be and the same is hereby GRANTED. The cash bond is discharged and the Clerk of the Court is ordered to return the cash bond to the depositor forthwith along with any interest.

DONE AND ORDERED at Miami, Florida, this the 21 day of March, 2011.

*[signature]*
U.S. District Judge

cc:    Counsel of Record